AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| MANUEL BARZAGA, JORGE AYALA, and ELIER RODRIGUEZ, on behalf of themselves and others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MANUEL CARVALHO, HECTOR CARVALHO, NELSON MARCUS, ROY CARVALHO, CARVALHO ENTERPRISES, INC., CARVALHO & CARVALHO LLC., CARVALHO & SON INC., and CHURRASQUEIRA BAIRRADA RESTAURANT,<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-06944-JMA-ST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MANUEL CARVALHO, 114 Jericho Turnpike, Mineola, NY 11501,
HECTOR CARVALHO, 114 Jericho Turnpike, Mineola, NY 11501,
NELSON MARCUS, 114 Jericho Turnpike, Mineola, NY 11501,
ROY CARVALHO, 114 Jericho Turnpike, Mineola, NY 11501,
CARVALHO ENTERPRISES, INC., 114 Jericho Turnpike, Mineola, NY 11501,
CARVALHO & CARVALHO LLC., 114 Jericho Turnpike, Mineola, NY 11501,
CARVALHO & SON INC., 114 Jericho Turnpike, Mineola, NY 11501
CHURRASQUEIRA BAIRRADA RESTAURANT,114 Jericho Turnpike, Mineola, NY 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marcus Monteiro, Esq.
> Monteiro & Fishman LLP
> 91 N. Franklin Street, Suite 108
> Hempstead, New York 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney
*CLERK OF COURT*

Date: 09/20/2023



*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*